## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

 CLOSED

**United States of America**

v.

**Sergio Rodriguez-Chavez**

Citizen of Mexico

USM#: 73731208            DOB: 1982

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10884-001M-SD

Lorna Spencer (AFPD)
Attorney for Defendant

ICE#: A95 657 540

**THE DEFENDANT ENTERED A PLEA OF** guilty on 12/26/2007 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIXTY-FIVE (65) DAYS on Count ONE, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted        **FINE:** $        **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**07-10884-001M-SD**                                                                Page 2 of 2
USA vs. Sergio Rodriguez-Chavez

Date of Imposition of Sentence: **Wednesday, December 26, 2007**

_____ Date 12/26/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____          By:_____
United States Marshal                                                     Deputy Marshal
07-10884-001M-SD -

DATE: 12/26/2007　　　　CASE NUMBER: 07-10884-001M-SD

## PLEA/SENTENCING MINUTES
USA vs. Sergio Rodriguez-Chavez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN　Judge #: 70BK
U.S. Attorney _____　INTERPRETER REQ'D  Ricardo Gonzalez
　　　　　　　　　　　　　　　　　　　LANGUAGE: Spanish
Attorney for Defendant  Lorna Spencer (AFPD)

- DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 12/23/2007　　☒ Complaint Filed　　☒ Appointment of counsel hearing held
☐ Financial Afdvt taken　☒ No Financial Afdvt taken　☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**　☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)　☐ Bail set at $_____
☐ Defendant continued detained pending trial　☐ Flight Risk　☐ Danger

**PLEA HEARING:**　☒ Held ☐ Cont'd ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed _____ ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts ONE
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) ONE of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ___
☒ 　　ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence　☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 65 Days　☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED　☐ Fine $_____　☐ Restitution $_____
Other: _____

　　　　　　　　　　　　　　　　　　　RECORDED: CS
　　　　　　　　　　　　　　　　　　　BY: Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Sergio RODRIGUEZ-Chavez
Citizen of Mexico
YOB: 1982
A95 657 540
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-10884 M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about December 23, 2007, near Andrade, California in the Southern District of California, Defendant Sergio RODRIGUEZ-Chavez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Nicholas Francescutti
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

December 26, 2007                          at                    Yuma, Arizona
Date                                                             City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                                 Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:          Sergio RODRIGUEZ-Chavez

Dependents:         8 USC

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien. **The Defendant has been apprehended on five (5) separate occasions by the Border Patrol.**

## CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 6/23/04 | Anaheim, CA | Under Influence Cntl Sub | No Dispo |
| 6/23/04 | Anaheim, CA | Cntl Sub Paraphernalia | No Dispo |
| 8/17/06 | Riverside, CA | Possess Cntl Sub | No Dispo |
| 12/17/07 | Riverside, CA | Possess Cntl Sub | No Dispo |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on December 23, 2007.

Charges:    8 USC§1325                      (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 26, 2007
_____
Date                                    Signature of Judicial Officer

*Probable Cause Statement*

I, Senior Patrol Agent Franciscutti, declare under penalty of perjury, the following is true and correct:

Defendant:          Sergio RODRIGUEZ-Chavez

Dependents:         8 USC

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien. **The Defendant has been apprehended on five (5) separate occasions by the Border Patrol.**

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 6/23/04 | Anaheim, CA | Under Influence Cntl Sub | No Dispo |
| 6/23/04 | Anaheim, CA | Cntl Sub Paraphernalia | No Dispo |
| 8/17/06 | Riverside, CA | Possess Cntl Sub | No Dispo |
| 12/17/07 | Riverside, CA | Possess Cntl Sub | No Dispo |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on December 23, 2007.

Executed on: Date 12/25/07     Time: 7/7 AM

Signed: Nicholas Franciscutti     Senior Patrol Agent

*Finding of Probable Cause*

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on December 23, 2007 in violation of Title 8, United States Code, Section 1325.

Finding made on Date December 25, 2007   Time 11:35 AM

Signed: _____ United States Magistrate Judge